1  Paul M. Crane (Az. Bar No. 010586)
   101 West Pierson Street
2  Phoenix, Arizona 85013
   Telephone:  (602) 595-4408
3  E-mail: paulcrane@msn.com

4  Counsel for Defendants S&S HAY
   COMPANY, LLC, an Arizona limited
5  liability company, ARI M. SCHIFF,
   and SKYE SAUER

6

7                UNITED STATES DISTRICT COURT

8              EASTERN DISTRICT OF CALIFORNIA

9
   WILLIAM JAKE MILLER,              No. 1:12-cv-01796 LJO SMS
10 individually and doing
   business as MILLER HAY CO.,       STIPULATION FOR EXTENSION
11                                   OF TIME AND ORDER THEREON
            Plaintiff,
12                                   (PRO HAC VICE APPLICATION
        v.                           OF PAUL CRANE PENDING)
13
   S&S HAY COMPANY, an Arizona
14 limited liability company;
   SKYE SAUER, an individual;
15 ARI SCHIFF, an individual,

16          Defendants.

17

18      IT IS HEREBY STIPULATED by the parties, by and between

19 their respective counsel, that the Defendants, S&S Hay Company,

20 LLC, Ari M. Schiff and Skye Sauer, shall have a thirty (30) day

21 extension of time, through and including January 7, 2013, to

22 file their response to the Complaint for Damages in this

23 matter.

24 DATED:  November 28, 2012.

25                              /s/ Paul M. Crane
                                Paul M. Crane (SBA 010586)
26                              Attorney for Defendants
                                S&S HAY COMPANY, ARI M.
27                              SCHIFF and SKYE SAUER

28

1    DATED:  November 28, 2012.

2
                                    ____/s/ Kevin G. Little_____
3                                   Kevin G. Little
                                    Attorneys for Plaintiff
4                                   WILLIAM JAKE MILLER,
                                    Individually and doing
5                                   Business as MILLER HAY CO.

6

7

8                                    ORDER

9
        Pursuant  to  the  stipulation  of  the  parties,  Defendants
10
    shall have an extension through and including January 7, 2013,
11
    to file their response to the Complaint in this matter.
12
    DATED:  November 30, 2012
13

14

15                                  /s/ SANDRA M. SNYDER
                                    UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28