# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAKE MILLER, individually and doing business as MILLER HAY CO., <br><br> Plaintiff, <br><br> v. <br><br> S&S HAY COMPANY, an Arizona limited liability company; SKYE SAUER, an individual; ARI SCHIFF, an individual, <br><br> Defendant. | Case No. 1:12-cv-01796-LJO-SMS <br><br> AMENDED ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT SKYE SAUER |

  Paul M. Crane is the attorney for each of the defendants in this matter. On July 17, 2013, he moved to withdraw as counsel for Defendant Skye Sauer. Doc. 37. The motion cited Mr. Sauer's continuing inability to make satisfactory arrangement for payment of attorney's fees and costs in the case. The motion noticed a hearing for August 14, 2013.

  Mr. Crane appeared telephonically at the August 14 hearing. Mr. Sauer did not attend. Plaintiff's counsel Kevin Little was excused from the proceedings. On the record, Mr. Crane described his efforts to contact Mr. Sauer to inform him of the hearing by telephone, voicemail, and email. Furthermore, in his motion, he certified that he had served Plaintiffs and Mr. Sauer.

  A client's failure to pay outstanding fees or refusal to cooperate with his attorney are grounds for withdrawal from representation. Local Rule 83-182(d) provides, in pertinent part, "Withdrawal as attorney is governed by the Rules of Professional Conduct of the State Bar of California, and the attorney shall conform to the requirements of those Rules." *See* Cal.R.P.C. 3-

1

700(C)(1)(d) (permitting an attorney to withdraw from representation in a pending matter when the client "renders it unreasonably difficult for the member to carry out employment effectively") and Cal.R.P.C. 3- 700(C)(1)(f) (permitting an attorney to withdraw from representation in a pending matter when the client "breaches an agreement or obligation to the member as to expenses or fees").

On August 19, 2013, the Court filed an order granting the motion. Doc. 43. The Court now <u>amends</u> the order and orders as follows:

1. The motion of Paul M. Crane to withdraw as counsel for Defendant Skye Sauer is GRANTED.

2. Within ten days of this order, Paul M. Crane shall serve Skye Sauer with a copy of this order.

3. Mr. Crane shall send to Mr. Sauer all documents composing his file.

4. Mr. Sauer may elect to retain other counsel. Until he does so, however, he is *pro se* and will serve as the attorney in his case. **By and <u>preferably before</u> Tuesday, September 10, 2013, Mr. Sauer shall file with the Court his mailing address, telephone number, and email address.** Refer to case number 1:12-cv-01796-LJO-SMS, and mail this information to:

   United States District Court
   2500 Tulare St. # 1501
   Fresno, CA 93721

5. Mr. Sauer is reminded that an Initial Scheduling Conference is scheduled for 10:00 AM on September 18, 2013, in Courtroom 1 on the eighth Floor of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California 93721.

6. Mr. Sauer may retain other counsel. If he desires to do so, he is strongly encouraged to do so before the scheduling conference.

IT IS SO ORDERED.

Dated:   **August 21, 2013**                    **/s/ Sandra M. Snyder**
                                                UNITED STATES MAGISTRATE JUDGE

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28