UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM JAKE MILLER, individually and dba MILLER HAY CO., <br><br>Plaintiff, <br><br>v. <br><br>S&S HAY CO., et al., <br><br>Defendants. | 1:12-cv-1796-LJO-SMS <br><br>**ORDER RE PLAINTIFF'S MOTIONS IN LIMINE (Doc. 59)** |

A jury trial is set for this case on November 4, 2014. Doc. 58. On October 6, 2014, Plaintiff William Jake Miller ("Plaintiff") filed unopposed motions in limine. Doc. 59; *see also* Doc. 58. The October 20, 2014 hearing set for the matter was vacated and the matter was submitted on the pleadings pursuant to Local Rule 230(g). Doc. 60. The Court rules on Plaintiff's motions in limine as follows:

1. Plaintiff's first motion in limine requesting that "no witness . . . should be permitted to testify as an expert witness, with the exception of lay opinion testimony permissible under Federal Rule of Evidence 701," Doc. 59 at 1, is GRANTED.

2. Plaintiff's second motion in limine requesting that "[t]estimony that purports to opine as to the credibility of any witness, evidence or party is simply improper and should be excluded," *id.*, is GRANTED.

3. Plaintiff's third motion in limine requesting that "the defendants should not be able to argue that this case is somehow legally improper by virtue of the prior action and judgment" in the "underlying Kings County Superior Court action" between the parties, *id.* at 1-2, is GRANTED.

4. Plaintiff's fourth motion in limine requesting that "[a]ny settlement offers or responses thereto are inadmissible under [Fed. R. Evid.] 408," *id.* at 2, is GRANTED.

1

5. Plaintiff's fifth motion in limine requesting that "Plaintiff's collateral sources of compensation for the alleged loss" be excluded as inadmissible under California law and Fed. R. Evid. 403, *id.*, is GRANTED.

6. Plaintiff's sixth and final motion in limine requesting that under Fed. R. Evid. 408 "the Court require the parties to specify which, if any of their claims or affirmative defenses are being abandoned," *id.*, is GRANTED. The parties are ORDERED to specify in writing which, if any, of their claims or affirmative defenses they are abandoning on or before 12:00 P.M. (noon) on October 24, 2014.

IT IS SO ORDERED.

Dated: **October 17, 2014**      /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE