UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM JAKE MILLER, individually and dba MILLER HAY CO.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**S&S HAY CO., et al.,**<br><br>**Defendants.** | 1:12-cv-1796-LJO-SMS<br><br>**ORDER DISMISSING DEFENDANT SKYE SAUER** |

Pursuant to the notice given to the parties and counsel on the record in open court and reduced to writing in the pretrial order, since the Plaintiff neither filed a dismissal of Defendant Skye Sauer, nor did he apply for a default judgment on or before October 2, 2014, *see* Doc. 58 at 19, the Court hereby ORDERS that Defendant Skye Sauer is DISMISSED.

IT IS SO ORDERED.

Dated:   **October 27, 2014**            /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1