# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM JAKE MILLER, individually and dba MILLER HAY CO.,** | **1:12-cv-1796-LJO-SMS** |
| **Plaintiff,** | **ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION (Doc. 74) AND RESCINDING ORDER DISMISSING DEFENDANT SKYE SAUER (Doc. 73)** |
| **v.** | |
| **S&S HAY CO., et al.,** | |
| **Defendants.** | |

The Court has received and reviewed the Plaintiff's Request for Reconsideration of the Order of Dismissal of Defendant Skye Sauer (Doc. 74). The Order of Dismissal (Doc. 73) was issued in the mistaken belief that Sauer had not filed an Answer. The Order was issued in error, and is rescinded.

IT IS SO ORDERED.

Dated: __October 29, 2014__          ___/s/ Lawrence J. O'Neill__
                              UNITED STATES DISTRICT JUDGE

1