# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM JAKE MILLER,** | 1:12-cv-1796-LJO-SMS |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| **S&S HAY CO., et al.,** | |
| Defendants. | |

In November 2014, after a bench trial in this case began, the parties indicated that they had reached a settlement. *See* Doc. 83. Over a year later, because the parties had not submitted any documents confirming their settlement and dismissing the case, the parties were instructed to file a joint status report indicating whether they had finalized the terms of their settlement. Doc. 85. In their January 29, 2016 joint status report, the parties indicated they had not finalized their settlement. *See* Doc. 86. The Court therefore ordered the parties to submit dismissal documents or, if their settlement had not been finalized, a joint status report updating the Court on the status of the case by August 17, 2016. To date, the parties have done neither.

Accordingly, the parties are ORDERED to show cause why this case should not be dismissed for failure to prosecute and for the parties' failure to obey Court orders. On or before September 30, 2016, the parties shall file dismissal documents or a joint status report explaining why settlement has not been completed. If the parties fail to meet this deadline, the Court will dismiss this case.

IT IS SO ORDERED.

   Dated:   **September 23, 2016**          /s/ Lawrence J. O'Neill
                                            UNITED STATES CHIEF DISTRICT JUDGE

1