# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM JAKE MILLER,** | 1:12-cv-1796-LJO-SMS |
| **Plaintiff,** | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| **S&S HAY CO., et al.,** | |
| **Defendants.** | |

In November 2014, after a bench trial in this case began, the parties indicated that they had reached a settlement. *See* Doc. 83. Over a year later, because the parties had not submitted any documents confirming their settlement and dismissing the case, the parties were instructed to file a joint status report indicating whether they had finalized the terms of their settlement. Doc. 85. In their January 29, 2016 joint status report, the parties indicated they had not finalized their settlement. *See* Doc. 86. The Court therefore ordered the parties to submit dispositional documents or, if their settlement had not been finalized, a joint status report updating the Court on the status of the case by August 17, 2016.

The parties failed to meet that deadline. On September 23, 2016, the Court ordered the parties to show cause why this case should not be dismissed for failure to prosecute and for their failure to obey Court orders. Doc. 88. The Court directed the parties to submit dispositional documents or a joint status report explaining why settlement had not been completed. *Id.* The parties filed a joint status report indicating that they needed additional time to comply with the settlement terms, and asked that the deadline to submit dispositional documents be extended until the end of 2016. Doc. 89 at 1. The parties also requested that the Court exercise jurisdiction over the matter for purposes of settlement enforcement until December 30, 2016. *Id.* at 1-2. Accordingly, the Court ordered the parties to submit dispositional documents by January 6, 2017.

The parties failed to meet that deadline. Accordingly, this case is DISMISSED WITH PREJUDICE for the parties' failure to prosecute and repeated failure to comply with Court deadlines. The Clerk of Court is directed to CLOSE this case.

IT IS SO ORDERED.

    Dated:   **January 9, 2017**          /s/ Lawrence J. O'Neill
                                                   UNITED STATES CHIEF DISTRICT JUDGE